```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02719
   ANNETTE E DAVIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4354


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/06/2008 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

     The case was dismissed after confirmation 11/03/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
 DEVON FINANCIAL SERVICE   UNSECURED           665.75          .00            .00
 MUNICIPAL COLLECTION SER  UNSECURED          2200.00          .00            .00
 ALONZO H ZAHOUR           UNSECURED           587.50          .00            .00
 EVERGREEN EMERGENCY SERV  UNSECURED           354.00          .00            .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED           754.95          .00            .00
 ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED         .00            .00
 PREMIER BANKCARD          UNSECURED         NOT FILED         .00            .00
 ALLIANCE ONE              UNSECURED         NOT FILED         .00            .00
 ALLIANCE ONE              UNSECURED         NOT FILED         .00            .00
 COOK COUNTY               UNSECURED         NOT FILED         .00            .00
 ASSOC ST JAMES RADIOLOGI  UNSECURED         NOT FILED         .00            .00
 AT & T                    UNSECURED         NOT FILED         .00            .00
 AT&T                      UNSECURED         NOT FILED         .00            .00
 CARDIOVASCULAR CONSULTAN  UNSECURED            54.00          .00            .00
 CARDIOVASCULAR CONSULTAN  UNSECURED         NOT FILED         .00            .00
 CBCS                      UNSECURED         NOT FILED         .00            .00
 INGALLS HOSPITAL          UNSECURED         NOT FILED         .00            .00
 CENTURION CAPITAL         UNSECURED         NOT FILED         .00            .00
 BALLY TOTAL FITNESS       UNSECURED         NOT FILED         .00            .00
 CENTURION/HOUSEHOLD BANK  UNSECURED         NOT FILED         .00            .00
 CITY OF CHICAGO EMS       UNSECURED         NOT FILED         .00            .00
 CITY OF CHICAGO EMS       UNSECURED         NOT FILED         .00            .00
 CITY OF COUNTRY CLUB HIL  UNSECURED         NOT FILED         .00            .00
 COUNTRY CLUB HILLS        UNSECURED         NOT FILED         .00            .00
 CONSULTANTS IN CLINICAL   UNSECURED         NOT FILED         .00            .00
 CONSULTANTS IN PATHOLOGY  UNSECURED         NOT FILED         .00            .00
 CROSS COUNTRY BANK        UNSECURED         NOT FILED         .00            .00
 DEPENDON COLLECTION       UNSECURED         NOT FILED         .00            .00
 INGALLS MIDWEST EMERGENC  UNSECURED         NOT FILED         .00            .00
 DEPENDON COLLECTION       UNSECURED         NOT FILED         .00            .00
 INGALLS MIDWEST EMERGENC  UNSECURED         NOT FILED         .00            .00
 DERMATOLOGY & SKIN SURGE  UNSECURED         NOT FILED         .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02719 ANNETTE E DAVIS
```

```
ZRELAK EAST BANK CHIROPR UNSECURED       NOT FILED             .00           .00
ILLINOIS BONE & JOINT    UNSECURED       NOT FILED             .00           .00
ILLINOIS INSTITUTE OF TE UNSECURED       NOT FILED             .00           .00
ILLINOIS INSTITUTE OF TE UNSECURED       NOT FILED             .00           .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED             .00           .00
INGALLS HOSPITAL         UNSECURED       NOT FILED             .00           .00
ROUNDUP FUNDING LLC      UNSECURED          927.15             .00           .00
APPLIED CARD             UNSECURED       NOT FILED             .00           .00
JEWEL OSCO               UNSECURED       NOT FILED             .00           .00
LITTLE CO MARY HOSPITAL  UNSECURED       NOT FILED             .00           .00
LVNV FUNDING             UNSECURED       NOT FILED             .00           .00
LUNV FUNDING             UNSECURED       NOT FILED             .00           .00
MARSHALL FIELDS          UNSECURED       NOT FILED             .00           .00
MARSHALL FIELDS          UNSECURED       NOT FILED             .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED       NOT FILED             .00           .00
EVERGREEN EMERGENCY SERV UNSECURED       NOT FILED             .00           .00
METRA                    UNSECURED       NOT FILED             .00           .00
MIDWEST EMERGENCY ASSOCI UNSECURED       NOT FILED             .00           .00
NEWPORT NEWS             UNSECURED       NOT FILED             .00           .00
NORTHWESTERN MEDICAL FAC UNSECURED       NOT FILED             .00           .00
NORTHWESTERN MEMORIAL HO UNSECURED       NOT FILED             .00           .00
PALOS BEHAVIORAL HEALTH  UNSECURED       NOT FILED             .00           .00
PROACTIV SOLUTION        UNSECURED       NOT FILED             .00           .00
PROACTIVE SOLUTION       UNSECURED       NOT FILED             .00           .00
PROTOCOL RECOVERY        UNSECURED       NOT FILED             .00           .00
FCNB TRICAP RECOVERY     UNSECURED       NOT FILED             .00           .00
RADIOLOGY IMAGING SPECIA UNSECURED       NOT FILED             .00           .00
RMI/MCSI                 UNSECURED       NOT FILED             .00           .00
VILLAGE OF RICHTON PARK  UNSECURED       NOT FILED             .00           .00
RMI/MCSI                 UNSECURED       NOT FILED             .00           .00
VILLAGE OF RICHTON PARK  UNSECURED       NOT FILED             .00           .00
RMI/MCSI                 UNSECURED       NOT FILED             .00           .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00           .00
RMI/MCSI                 UNSECURED       NOT FILED             .00           .00
CITY OF COUNTRY CLUB HIL UNSECURED       NOT FILED             .00           .00
SONIC PAYDAY LOAN        UNSECURED       NOT FILED             .00           .00
SPRINT                   UNSECURED       NOT FILED             .00           .00
ST JAMES HOSPITAL & HEAL UNSECURED       NOT FILED             .00           .00
VAN RU CREDIT CORP       UNSECURED       NOT FILED             .00           .00
MALHOTRA LLC             UNSECURED       NOT FILED             .00           .00
VILLAGE OF RICHTON PARK  UNSECURED       NOT FILED             .00           .00
VILLAGE OF RICHTON PARK  UNSECURED       NOT FILED             .00           .00
ILLINOIS DEPT OF REVENUE PRIORITY        NOT FILED             .00           .00
ILLINOIS DEPT OF REV     NOTICE ONLY     NOT FILED             .00           .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY     NOT FILED             .00           .00
INTERNAL REVENUE SERVICE PRIORITY          7878.80             .00        414.00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED             .00           .00
INTERNAL REVENUE SERVICE UNSECURED         3603.57             .00           .00
GLEASON & GLEASON LLC    DEBTOR ATTY     3,500.00                       3,500.00

                    PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02719 ANNETTE E DAVIS
```

```
TOM VAUGHN                    TRUSTEE                                      336.00
DEBTOR REFUND                 REFUND                                       250.00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 4,500.00

PRIORITY                                         414.00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                 3,500.00
TRUSTEE COMPENSATION                             336.00
DEBTOR REFUND                                    250.00
                        ---------------    ---------------
TOTALS                  4,500.00                4,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 02/24/09                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE